# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CLEAR FORM

Sarah Young Joo Chang )
*Plaintiff* )
)
v. )  Civil Action No. 1:25-cv-04189-RBW
)
Department of Homeland Security, ET AL )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)* U.S. Customs and Border Protection
Office of Chief Counsel
1300 Pennsylvania Ave, Suite 4.4-B
Washington, DC 20229

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brett O'Brien
National Security Law Firm, LLC
1250 Connecticut Ave, NW
Suite 700-PMB 5186
Washington, DC 20036

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date: 12/04/2025

/s/ Hannah Norton
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

[CLEAR FORM]

Sarah Young Joo Chang  )
*Plaintiff*  )
 )
v.  )   Civil Action No. 1:25-cv-04189-RBW
 )
Department of Homeland Security, ET AL  )
*Defendant*  )

## SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)* Department of Homeland Security
Office of the General Counsel
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brett O'Brien
National Security Law Firm, LLC
1250 Connecticut Ave, NW
Suite 700-PMB 5186
Washington, DC 20036

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 12/04/2025

/s/ Hannah Norton

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CLEAR FORM

Sarah Young Joo Chang )
*Plaintiff* )
)
v. )   Civil Action No. 1:25-cv-04189-RBW
)
Department of Homeland Security, ET AL )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States Attorney for the District of Columbia
601 D Street NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brett O'Brien
National Security Law Firm, LLC
1250 Connecticut Ave, NW
Suite 700-PMB 5186
Washington, DC 20036

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date: 12/04/2025

/s/ Hannah Norton

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**CLEAR FORM**

Sarah Young Joo Chang )
*Plaintiff* )
)
v. )   Civil Action No. 1:25-cv-04189-RBW
)
Department of Homeland Security, ET AL )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*   Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brett O'Brien
National Security Law Firm, LLC
1250 Connecticut Ave, NW
Suite 700-PMB 5186
Washington, DC 20036

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date: 12/04/2025

/s/ Hannah Norton

*Signature of Clerk or Deputy Clerk*