**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

<table>
<tr><td>

**SARAH CHANG,**

       *Plaintiff,*

**v.**

**DEPARTMENT OF HOMELAND
SECURITY, ET AL.**

       *Defendant*.
</td><td>

**Civil Action No.** 1:25-cv-04189 (RBW)
</td></tr>
</table>

## SERVICE OF PROCESS

Plaintiff, Sarah Chang, by counsel and pursuant to Federal Rule of Civil Procedure 4(1) and Local Civil Rule 5.3, respectfully submits the attached Declaration of Alicia McCray and Form AO 400, as proof that service of process has been effected on the Defendants, U.S. Department of Homeland Security, U.S. Customs and Border Protection, U.S. Attorney General, and the Office of the U.S. Attorney for the District of Columbia, in the above-captioned matter.

Dated: December 30, 2025

                                 Respectfully submitted,

                                 By: */s/ Brett J. O'Brien*
                                 BRETT O'BRIEN, ESQ
                                 DC Bar License #: 1753983
                                 NATIONAL SECURITY LAW
                                 FIRM, LLC
                                 1250 Connecticut Avenue NW
                                 Washington, DC 20036
                                 Phone:  (202) 600-4996
                                 Fax:    (202) 545-6318