FOIA Summons (1/13) (Page 2)

Civil Action No. 1:25-cv-04189 (RBW)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Attorney General of the United States

was received by me on *(date)* 12.4.25 .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):* Summons and complaint served via certified mail to address, Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530, on December 5, 2025, with certified mail number 9589 0710 5270 2575 0287 07. .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12.5.25

_____
*Server's signature*

Alicia McCray, Paralegal
*Printed name and title*

National Security Law Firm, LLC
1250 Connecticut Avenue NW - Suite 700 - PMB 5186
Washington DC 20036
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | Reset |