**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SARAH CHANG,**<br><br>  *Plaintiff,*<br><br>  **v.**<br><br>**DEPARTMENT OF HOMELAND**<br>**SECURITY, ET AL.**<br><br>  *Defendant.* | **Civil Action No.** 1:25-cv-04189 (RBW) |

### SERVICE OF PROCESS

Plaintiff, Sarah Chang, by counsel and pursuant to Federal Rule of Civil Procedure 4(1) and Local Civil Rule 5.3, respectfully submits the attached Declaration of Alicia McCray and Form AO 400, as proof that service of process has been effected on the Defendants, U.S. Department of Homeland Security, U.S. Customs and Border Protection, U.S. Attorney General, and the Office of the U.S. Attorney for the District of Columbia, in the above-captioned matter.

Dated: December 30, 2025

Respectfully submitted,

By: */s/ Brett J. O'Brien*
BRETT O'BRIEN, ESQ
DC Bar License #: 1753983
NATIONAL SECURITY LAW
FIRM, LLC
1250 Connecticut Avenue NW
Washington, DC 20036
Phone:  (202) 600-4996
Fax:    (202) 545-6318